FILED
JUL 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 10-244 DAD |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER |
| v. | |
| MATTHEW BEVENS, | DATE: July 27, 2010<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Information filed in Cr. No. 10-244 DAD.

Dated: July 16, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Matthew C. Stegman
    MATTHEW C. STEGMAN
    Assistant U.S. Attorney

[~~PROPOSED~~] O R D E R

IT IS SO ORDERED:

DATED: July 22, 2010

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge